BONNIE E. ESKENAZI (SBN 119401)
BEskenazi@ggfirm.com
IRA M. STEINBERG (SBN 273997)
ISteinberg@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Attorneys for Defendant
Good American, LLC



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE JONES-RUBIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOD AMERICAN, LLC,<br><br>Defendant. | Case No. 3:25-cv-10716-CRB<br><br>*[Assigned to: Hon. Charles R. Breyer, Courtroom 6]*<br><br>**DEFENDANT GOOD AMERICAN, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed: December 16, 2025 |

Defendant Good American, LLC, for itself and no other, answers the complaint of Plaintiff Desiree Jones-Rubin as follows:

**NATURE OF THE ACTION**

1. Admitted that Plaintiff has filed a putative class action. Denied that the claims have any merit.

2. Admitted.

3. Denied.

**PARTIES**

4. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

5. Defendant lacks sufficient information to admit or deny what Plaintiff did or did not in connection with Good American, and for that reason denies the first sentence of the paragraph. Defendant denies the remainder of the paragraph.

6. Admitted.

7. Denied.

8. Denied.

**JURISDICTION AND VENUE**

9. The paragraph constitutes an assertion of law that Defendant is not required to admit or deny.

10. The paragraph constitutes an assertion of law that Defendant is not required to admit or deny.

11. The paragraph constitutes an assertion of law that Defendant is not required to admit or deny.

**FACTUAL ALLEGATIONS**

12. Admitted that Defendant owns and operates the Website. Denied as to the remainder.

13. The representations in Defendant's privacy policy and terms of use speak for themselves.

14. The disclosures and options presented to visitors to the Website speak for themselves.

15. The representations in Defendant's privacy policy and terms of use speak for themselves.

16. Denied.

17. The paragraph constitutes an assertion of law that Defendant is not required to admit or deny.

18. Denied.

19. The paragraph does include a pertinent allegation that Defendant is required to admit or deny.

20. The paragraph does include a pertinent allegation that Defendant is required to admit or deny.

21. The paragraph does include a pertinent allegation that Defendant is required to admit or deny.

22. The paragraph does include a pertinent allegation that Defendant is required to admit or deny.

23. The paragraph does include a pertinent allegation that Defendant is required to admit or deny.

24. The paragraph does include a pertinent allegation that Defendant is required to admit or deny.

25. The paragraph constitutes an assertion of law that Defendant is not required to admit or deny.

26. The actions of the FTC speak for themselves.

27. The actions of the FTC speak for themselves.

28. The paragraph constitutes an assertion of law that Defendant is not required to admit or deny.

29. The paragraph constitutes an assertion of law that Defendant is not required to admit or deny.

30. The paragraph constitutes an assertion of law that Defendant is not required to admit or deny.

31. The paragraph constitutes an assertion of law that Defendant is not required to admit or deny.

32. The paragraph constitutes an assertion of law that Defendant is not required to admit or deny.

33. The paragraph constitutes an assertion of law that Defendant is not required to admit or deny.

34. The paragraph constitutes an assertion of law that Defendant is not required to admit or deny.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

35. The paragraph constitutes an assertion of law that Defendant is not required to admit or deny.

36. The paragraph constitutes an assertion of law that Defendant is not required to admit or deny.

37. The paragraph constitutes an assertion of law that Defendant is not required to admit or deny.

38. Defendant cannot admit or deny the paragraph as it is ambiguous as to whether it is asserting that devices can only access the internet through a web browser, which is not true.

39. Defendant cannot admit or deny the paragraph as it is ambiguous as to whether it is asserting that devices can only access the internet through a web browser, which is not true.

40. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

41. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

42. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

43. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

44. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

45. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

46. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

47. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

48. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

49. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

50. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

51. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

52. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

53. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

54. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

55. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

56. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

57. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

58. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

59. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

60. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

61. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

62. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

63. Denied.

64. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

65. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

66. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

67. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

68. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

69. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

70. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

71. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

72. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

73. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

74. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

75. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

76. Admitted that Defendant uses the Meta pixel on its site. Denied as to the remainder.

77. Denied.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

78. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

79. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

80. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

81. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

82. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

83. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

84. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

85. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

86. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

87. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

88. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

89. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

90. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

91. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

92. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

93. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

94. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

95. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

96. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

97. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

98. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

99. Denied that Google and Defendant are "partners" in any respect.

100. Denied.

101. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

102. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

103. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

104. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

105. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

106. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

107. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

108. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

109. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

110. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

111. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

112. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

113. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

114. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

115. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

116. Klaviyo's SEC filings speak for themselves.

117. Denied.

118. Admitted that Defendant uses certain Klaviyo services, denied as to the remainder.

119. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

120. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

121. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

122. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

123. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

124. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

125. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

126. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

127. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

128. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

129. Denied that Tik Tok and Defendant are “partners.”

130. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

131. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

132. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

133. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

134. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

135. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

136. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

137. Denied that Defendant and Snapchat are "partners."

138. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

139. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

140. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

141. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

142. Denied.

143. Denied.

144. Admitted.

145. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

146. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

147. Pinterest's website speaks for itself.

148. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

149. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

150. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

151. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

152. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

153. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

154. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

155. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

156. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

157. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

158. Admitted that Defendant utilizes the referenced technologies, denied as to the remainder.

159. Denied.

160. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

161. Denied.

162. Denied.

163. Denied.

164. Denied.

165. Denied.

166. Denied.

167. Denied.

168. Denied.

169. Denied.

170. Denied.

171. Denied.

172. Denied.

173. Denied.

174. The FTC's statement speaks for itself.

175. Denied.

176. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

177. Denied.

178. Denied.

179. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

180. Denied.

181. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

182. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

183. Denied.

**CLASS ALLEGATIONS**

184. Defendant denies that there exists, or that Plaintiff has identified, a certifiable class. Defendant further denies that Plaintiff is a proper class representative.

185. Defendant denies that there exists, or that Plaintiff has identified, a certifiable class. Defendant further denies that Plaintiff is a proper class representative.

186. Defendant denies that there exists, or that Plaintiff has identified, a certifiable class. Defendant further denies that Plaintiff is a proper class representative.

187. Defendant denies that there exists, or that Plaintiff has identified, a certifiable class. Defendant further denies that Plaintiff is a proper class representative.

188. Defendant denies that there exists, or that Plaintiff has identified, a certifiable class. Defendant further denies that Plaintiff is a proper class representative.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

189. Defendant denies that there exists, or that Plaintiff has identified, a certifiable class. Defendant further denies that Plaintiff is a proper class representative.

190. Defendant denies that there exists, or that Plaintiff has identified, a certifiable class. Defendant further denies that Plaintiff is a proper class representative.

191. Defendant denies that there exists, or that Plaintiff has identified, a certifiable class. Defendant further denies that Plaintiff is a proper class representative.

192. Defendant denies that there exists, or that Plaintiff has identified, a certifiable class. Defendant further denies that Plaintiff is a proper class representative.

193. Defendant denies that there exists, or that Plaintiff has identified, a certifiable class. Defendant further denies that Plaintiff is a proper class representative.

## CAUSES OF ACTION

### COUNT I
**Violation Of The Electronic Communication Privacy Act,**
**18 U.S.C. § 2511, *et seq*.**
**(On Behalf of the Nationwide Class)**

194. Defendant incorporates its responses to the preceding allegations as if fully set forth herein.

195. Defendant denies that there exists, or that Plaintiff has identified, a certifiable class. Defendant further denies that Plaintiff is a proper class representative.

196. The provisions of the ECPA speak for themselves.

197. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

198. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

199. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

200. Denied.

201. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

202. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

203. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

204. Denied that any tool employed by Defendant violates the ECPA. The balance of the paragraph constitutes a legal assertion Defendant is not required to admit or deny.

205. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

206. Denied.

207. Denied.

208. Denied.

209. Denied.

210. Denied.

211. Denied.

212. Denied that Defendant violated the ECPA in any respect. The balance of the paragraph constitutes a legal assertion Defendant is not required to admit or deny.

213. Denied.

**COUNT II**
**Violation Of The California Invasion Of Privacy Act,**
**Cal. Penal Code § 631**
**(On Behalf of the California Subclass)**

214. Defendant incorporates its responses to the preceding allegations as if fully set forth herein.

215. Defendant denies that there exists, or that Plaintiff has identified, a certifiable class. Defendant further denies that Plaintiff is a proper class representative.

216. The provisions of CIPA speak for themselves.

217. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

218. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

219. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

220. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

221. Denied.

222. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

223. Denied.

224. Denied.

225. Denied.

**COUNT III**
**Violation Of The California Invasion Of Privacy Act,**
**Cal. Penal Code § 632**
**(On Behalf of the California Subclass)**

226. Defendant incorporates its responses to the preceding allegations as if fully set forth herein.

227. Defendant denies that there exists, or that Plaintiff has identified, a certifiable class. Defendant further denies that Plaintiff is a proper class representative.

228. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

229. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

230. Denied.

231. Denied.

232. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

233. Denied.

234. Denied.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

235. Denied.

236. Denied.

237. Denied that Plaintiff or the putative class are entitled to any of the relief sought.

**<u>COUNT IV</u>**
**Violation of the Comprehensive Computer Data and Access and Fraud Act**
**Cal. Penal Code § 502, *et seq*.**
**(On Behalf of the California Subclass)**

238. Defendant incorporates its responses to the preceding allegations as if fully set forth herein.

239. Defendant denies that there exists, or that Plaintiff has identified, a certifiable class. Defendant further denies that Plaintiff is a proper class representative.

240. The provisions of CDAFA speak for themselves.

241. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

242. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

243. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

244. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

245. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

246. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

247. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

248. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

249. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

250. Defendant lacks sufficient information to admit or deny the paragraph, and for that reason, denies.

251. Denied.

252. Denied.

253. Denied.

254. Denied.

255. Denied.

256. Denied.

257. Denied.

258. Denied.

259. Denied that Plaintiff or the putative class are entitled to any of the relief sought.

260. Denied that Plaintiff or the putative class are entitled to any of the relief sought.

261. Denied that Plaintiff or the putative class are entitled to any of the relief sought.

**COUNT V**
**Invasion of Privacy Under California's Constitution**
**(On Behalf of the California Subclass)**

262. Defendant incorporates its responses to the preceding allegations as if fully set forth herein.

263. Defendant denies that there exists, or that Plaintiff has identified, a certifiable class. Defendant further denies that Plaintiff is a proper class representative.

264. The paragraph constitutes a legal assertion Defendant is not required to admit or deny.

265. Denied.

266. Denied.

267. Denied.

268. Denied that any invasion of privacy occurred.

269. Denied that Plaintiff or the putative class are entitled to any of the relief sought.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

**FIRST AFFIRMATIVE DEFENSE**

(Failure to State a Claim)

1. Plaintiff fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

(Lack of Ascertainable Class)

2. Plaintiff fails to identify and ascertainable and certifiable class. Plaintiff also fails to qualify a proper class representative.

**THIRD AFFIRMATIVE DEFENSE**

(Standing)

3. Plaintiff lacks standing to assert the claims in the Complaint.

**FOURTH AFFIRMATIVE DEFENSE**

(Unclean Hands)

4. Plaintiff's claim is barred in whole, or in party, by the doctrine of unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**

(Prior Remedial Measures)

5. Plaintiff's claims are barred in whole, or in part, to the extent Defendant remedied any alleged deficiencies before Plaintiff commenced the above captioned suit.

**SIXTH AFFIRMATIVE DEFENSE**

(Waiver)

6. Plaintiff's claims are barred in whole, or in part, by the doctrine of waiver.

**SEVENTH AFFIRMATIVE DEFENSE**

(Estoppel)

7. Plaintiff's claims are barred in whole, or in part, by the doctrine of estoppel.

**EIGTH AFFIRMATIVE DEFENSE**

(Consent)

8. Plaintiff's claims are barred in whole, to the extent they consented to the practices they complain of.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

**NINTH AFFIRMATIVE DEFENSE**

(Laches)

9. Plaintiff's claims are barred in whole, or in part, under the doctrine of laches.

**TENTH AFFIRMATIVE DEFENSE**

(Statute of Limitations)

10. Plaintiff's claims are barred in whole, or in part, by the applicable statute of limitations.

**ELEVENTH AFFIRMATIVE DEFENSE**

(Other Defenses)

11. Defendant reserves the right to assert additional defenses upon discovery of further information concerning the alleged claims.

**PRAYER**

**WHEREFORE,** Defendant prays for judgment against Plaintiff as follows:

1. That Plaintiff takes nothing by way of this action;

2. That Defendant be awarded its attorney's fees and costs of suit to the extent allowed by law; and

3. That Defendant be awarded such other and further relief in its favor as the Court deems just and proper.

DATED: March 6, 2026

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP

By: Ira Steinberg
BONNIE E. ESKENAZI (SBN 119401)
IRA M. STEINBERG (SBN 273997)
Attorneys for Defendant
Good American, LLC

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

**PROOF OF SERVICE**

I am a resident of the state of California, over the age of eighteen years, and not a party to the within-action. My business address is 2049 Century Park East, Suite 2600, Los Angeles, California 90067.

On March 6, 2026, I served a copy of the within document **DEFENDANT GOOD AMERICAN, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

Philip Lawrence Fraietta
**BURSOR & FISHER, P.A.**
50 Main Street, Suite 475
White Plains, NY 10606

*Attorneys for Plaintiff*
*Desiree Jones-Rubin*

Tel: (914) 874-0710
Email: pfraietta@bursor.com

☐ **(BY MAIL)** By placing the document(s) listed above in sealed envelope(s) in a designated "OUT" box in the office of my employer. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid. (CCP Section 1013a, 2015.5, FRCP section 5(B), or FRAP 25(d).

☒ **(BY E-MAIL)** On March 6, 2026, I emailed a true and correct copy of the foregoing document to Plaintiff's counsel at the e-mail address set forth above. To the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☒ **(BY CM/ECF)** The document(s) listed above were also served on March 6, 2026 by electronic service by electronically filing said documents with the U.S. District Court, Northern District of California Case Management/Electronic Case Filing (CM/ECF) system. Upon completion of transmission of said documents, a Notice of Electronic Filing (NEF) was issued to the filing party acknowledging receipt of said documents by the CM/ECF system and that notice had been electronically mailed to all parties.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 6, 2026, at Los Angeles, California.

Nancy L. Luis